

# NUMBER 13-23-00149-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

EMILIA GAMEZ,                                                          Appellant,

v.

DOMUS MANAGEMENT, LLC,
OR IN THE ALTERNATIVE,
DOMUS MANAGEMENT, LLC
D/B/A "PAYCHEX PEO V LLC,"                                          Appellee.

On appeal from the 105th District Court
of Kleberg County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on its own motion. On April 5, 2023, appellant filed a notice of appeal. On June 7, 2023, appellant's counsel was permitted to withdraw from the case by order and appellant was instructed that the appeal would be dismissed if she

failed to timely request and/or make payment arrangements for the clerk's record and reporter's record.

The clerk's record and reporter's record were ordered to be due on or before September 5, 2023. On September 19, 2023, the district clerk, Ms. Ruby Mendez Lopez, notified this Court that appellant had failed to make arrangements for payment of the clerk's record. Additionally, on September 19, 2023, the court reporter, Ms. Kimberly Grigg, notified this Court that appellant had failed to make arrangements for payment of the reporter's record.

Appellant has failed to comply with a court order and notice from the clerk requiring a response or other action within the time specified and has otherwise taken no action to pursue this appeal; accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
9th day of November, 2023

2